

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00097-CV

Sharyn **DACBERT**,
Appellant

v.

**MEDICAL CENTER OPHTHALMOLOGY ASSOCIATES, L.L.P.** and Michael Singer,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-06670
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND CHIEF JUSTICE MARION
(Retired) (sitting by assignment)

In accordance with this court's opinion of this date, the trial court's January 18, 2022 order is AFFIRMED as to the portion dismissing appellees Medical Center Ophthalmology Associates, L.L.P. and Michael Singer's claims with prejudice. The trial court's January 18, 2022 order is REVERSED as to the portion denying appellees Medical Center Ophthalmology Associates, L.L.P. and Michael Singer's attorney's fees and REMANDED to the trial court for further proceedings consistent with this opinion. Costs of this appeal are taxed against appellant, Sharyn Dacbert.

SIGNED November 22, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice